UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEON PFAFF, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>Defendants. | Case No. 0:21-CV-00462-MJD-TNL<br><br><br>**DEFENDANT CHS INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CHS Inc., states that it is a cooperative corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Date: April 26, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

 s/ Emily E. Chow
Emily E. Chow (#0388239)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
emily.chow@faegredrinker.com

*Counsel for Defendant CHS Inc.*

US.132784789.01